**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMANTHA SAYLES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:16-CV-01534<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 10th day of May, 2017, **IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Allstate Insurance Company (Doc. 10) is **GRANTED in part and DENIED in part**.

(1) Defendant's Motion to Dismiss Counts I and II is **DENIED**.

(2) Defendant's Motion to Dismiss Counts III, V, VI, VII, and VIII is **GRANTED**. These Counts are **DISMISSED with prejudice**.

(3) Defendant's Motion to Dismiss Count IV is **GRANTED**. Count IV is **DISMISSED without prejudice**. Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file an Amended Complaint to properly plead a bad faith claim against Defendant; otherwise, the claim will be **dismissed with prejudice**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge