UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SAMANTHA SAYLES, *Individually* :
and on behalf of all others
similarly situated,                                :        CIVIL ACTION NO. 3:16-1534

          Plaintiffs        :           (MANNION, D.J.)
                                               (CARLSON, M.J.)

  v.                                         :

ALLSTATE INSURANCE           :
COMPANY,

                                               :
          Defendant
                                               :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Carlson **(Doc. 114)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Carlson **(Doc. 104)** is **ADOPTED IN ITS ENTIRETY AS THE DECISION OF THE COURT**.

**(3)** The plaintiff's motion to certify **(Doc. 89)** is **DENIED**.

- 2 -

**(4)** The instant action is **REMANDED** to Judge Carlson for all further pre-trial proceedings.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 8, 2024**
16-1534-05-ORDER